**Otto J. LEHRACK, Appellant, v. Ernest L. CRAIG.**

No. 11909.

Circuit Court of Appeals, Eighth Circuit.

Jan. 6, 1941.

Charles M. Miller, of Kansas City, Mo., for appellant.

Clay C. Rogers, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with costs, on motion of appellant.

**Bennie LINDSAY v. UNITED STATES of America.**

No. 2254.

Circuit Court of Appeals, Tenth Circuit.

Jan. 31, 1941.

Frank Hickman, of Tulsa, Okl., for appellant.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellee.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed on application of appellant and per stipulation of counsel.

**Carrie LINDSAY v. UNITED STATES of America.**

No. 2253.

Circuit Court of Appeals, Tenth Circuit.

Jan. 31, 1941.

Frank Hickman, of Tulsa, Okl., for appellant.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellee.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed on application of appellant and per stipulation of counsel.